MAXWELL FINANCE CO., APPELLEE, *v.* MORTON SHOW CASE CO., APPELLEE; WHITENECK ET AL., APPELLANTS.

(No. 2030—Decided December 1, 1948.)

*Messrs. Harshman & Young,* for appellee Maxwell Finance Company.

*Messrs. Shaman, Winer & Shulman,* for appellee Morton Show Case Company.

*Messrs. Jacobson & Durst,* for appellants.

BY THE COURT. The cause is submitted on motion of plaintiff, an appellee herein, to dismiss the appeal for failure to file assignments of error, brief and bill of exceptions, within 50 days after filing notice of intention to appeal on questions of law, as required by Rule VII of the Courts of Appeals.

The motion to dismiss is supported by the record and it is hereby sustained.

The judgment is affirmed.

*Appeal dismissed.*

WISEMAN, P. J., MILLER and HORNBECK, JJ., concur.